UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY ALEX ORE-FALCON,<br>Petitioner,<br>v.<br>M. WOFFORD, et al.,<br>Respondents. | No. 1:26-cv-06462-DAD-CSK<br><br>ORDER DIRECTING SUPPLEMENTAL BRIEFING |

The court has reviewed the pending petition for writ of habeas corpus (Doc. No. 1), petitioner's motion for temporary restraining order ("TRO") (Doc. No. 2), respondents' opposition to petitioner's TRO (Doc. No. 8), and petitioner's reply thereto (Doc. No. 9). Respondents state that petitioner was scheduled for a final merits hearing and custody re-determination hearing in immigration court on August 18, 2026. (Doc. No. 8 at 2 n.1.) According to the Executive Office of Immigration Review ("EOIR") Automated Case Information website, petitioner accepted voluntary departure on August 18, 2026. *See* EOIR Automated Case Information, https://acis.eoir.justice.gov/en/ (searching by petitioner's A-File Number and nationality). In light of this potential change in circumstances, by no later than August 25, 2026, the parties are DIRECTED to file supplemental letter briefs no longer than

/////

/////

two-pages, single-spaced, addressing the effect, if any, on this habeas proceeding of petitioner's apparent acceptance of voluntary departure.

IT IS SO ORDERED.

Dated: **August 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE