UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY ALEX ORE-FALCON,<br>Petitioner,<br>v.<br>M. WOFFORD, et al.,<br>Respondents. | No. 1:26-cv-06462-DAD-CSK<br><br><u>ORDER RELATING AND REASSIGNING CASES AND DISMISSING DUPLICATIVE PETITION</u> |
| ANDY ALEX ORE-FALCON,<br>Petitioner,<br>v.<br>M. WOFFORD, et al.,<br>Respondents. | No. 1:26-cv-00181-WBS-EFB<br>**New Case No. 1:26-cv-00181-DAD-CSK** |

An examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, assignment of the above-captioned actions to the same district judge and magistrate judge will promote substantial efficiency and economy for the court and is likely to be convenient for the parties. An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge to order the reassignment

of cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, the court will order that Case No. 1:26-cv-00181-WBS-EFB shall be reassigned to the undersigned and Magistrate Judge Chi Soo Ki. The caption on documents filed in the reassigned case shall be shown as: 1:26-cv-00181-DAD-CSK.

Moreover, in light of the addition of claims which entitle petitioner to relief and the pending, fully-briefed motion for temporary restraining order in the more recently filed petition (1:26-cv-06462-DAD-CSK Doc. Nos. 1, 2), the court finds it appropriate to dismiss the earlier petition (1:26-cv-00181-DAD-CSK Doc. No. 1). *See M.M. v. Lafayette Sch. Dist.*, 681 F.3d 1082, 1091 (9th Cir. 2012) ("It is well established that a district court has broad discretion to control its own docket, and that includes the power to dismiss duplicative claims."); *see also Singh v. Warden of the California City Det. Facility*, No. 1:26-cv-02074-DC-AC, 2026 WL 1071684, at *2 (E.D. Cal. Apr. 8, 2026) (recommending dismissal of an earlier filed petition for writ of habeas corpus as duplicative when the requested relief was granted pursuant to a later filed petition), *report and recommendation adopted*, 2026 WL 1069726 (E.D. Cal. Apr. 20, 2026).

For the reasons above,

1. Case No. 1:26-cv-00181-WBS-EFB shall be reassigned to the undersigned and Magistrate Judge Chi Soo Kim;
    a. The caption on documents filed in the reassigned case shall be shown as: 1:26-cv-00181-DAD-CSK;
2. The Clerk of the Court is directed make appropriate adjustment in the assignment of civil cases to compensate for this reassignment;
3. The action formerly identified as 1:26-cv-WBS-EFB and now identified as 1:26-cv-00181-DAD-CSK, is DISMISSED as duplicative; and

/////

/////

/////

/////

4. The Clerk of the Court is also directed to close the case formerly identified as 1:26-cv-WBS-EFB and now identified as 1:26-cv-00181-DAD-CSK.

IT IS SO ORDERED.

Dated: **October 9, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE